IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELSCAPE COMMUNICATIONS, INC.,

    Plaintiff,

  v.

ICG TELECOM GROUP, INC., and DOES 1-10,

    Defendants.

AND RELATED COUNTERCLAIM

No. C 05-03441 WHA

**ORDER GRANTING MOTION TO ADD THIRD-PARTY DEFENDANT AND VACATING HEARING**

    In this action to recover charges for intrastate-telephone-access services, defendant ICG Telecom Group, Inc. moves to add as a third-party defendant MPower Communications, Inc. pursuant to FRCP 20. Plaintiff does not oppose this motion.

    Defendant explains that the telecommunications facilities at issue in this litigation were sold to MPower. Defendant therefore believes that MPower will need to indemnify defendant for any liability incurred in this matter. This satisfies the requisites for joinder under FRCP 20 as ICG's third-party action relates to the same transaction and occurrence and bears common questions of fact with the underlying action.

    For this reason, defendant's motion is **GRANTED**. Hearing on the motion is **VACATED**.

    **IT IS SO ORDERED.**

Dated: January 17, 2006

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE