IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELSCAPE COMMUNICATIONS, INC.,

    Plaintiff,

  v.

ICG TELECOM GROUP INC., AND DOES 1–10,

    Defendants.
                                        /

No. C 05-03441 WHA

**COURT NOTICE RE ADVANCING TRIAL DATE**

    Your case is set for trial in September 2006. The Court would like to consider advancing the trial to April or May 2006. Please file a joint statement by **MARCH 1, 2006**, as to this prospect.

    **IT IS SO ORDERED.**

Dated: February 23, 2006.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE