Sean P. Beatty (SBN 154256)
Jie-Ming Chou (SBN 211346)
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:     415-433-1900
Facsimile:     415-433-5530
Email: sbeatty@cwclaw.com
          jchou@cwclaw.com

Attorneys for Plaintiff
TELSCAPE COMMUNICATIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TELSCAPE COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ICG TELECOM GROUP, INC., AND DOES 1-10,<br><br>Defendants | Case No. C 05-03441-WHA<br><br><br>**STIPULATION AND (~~PROPOSED~~) ORDER CHANGING TIME FOR EARLY NEUTRAL EVALUATION PURSUANT TO LOCAL RULE 7-12** |

Plaintiff TELSCAPE COMMUNICATIONS, INC. ("Telscape"), and defendant ICG TELECOM GROUP, INC., ("ICG"), by and through their counsel hereby stipulate that:

1.     Telscape and ICG require an extension until April 7, 2006 to conduct the agreed upon Early Neutral Evaluation ("ENE").  The original deadline set by the court to complete the ENE is March 1, 2006.

2.     Due to a conflict of interest experienced by Telscape's prior counsel, Telscape recently retained Cooper, White & Cooper LLP ("CWC") as new counsel on February 27, 2006.   CWC needs time to become familiar with the case and to prepare for the ENE.

3.     Additionally, ICG filed a Third Party Complaint against Mpower Communications Corp. ("Mpower") on February 28, 2006.  Extending the ENE deadline until April 7, 2006 would

COOPER, WHITE &
COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO  94111

536640.1                                          1                                    C 05-03441 WHA
Stipulation and (~~Proposed~~) Order to Change Time for Early Neutral Evaluation

1   allow Mpower to participate in the ENE thereby allowing all affected parties the opportunity to

2   engage in a more thorough dialogue and a more effective ENE.

3        4.    The requested time modification would no have effect on the schedule for the case.

4   **It is so stipulated.**

5   DATED: March 1, 2006           COOPER, WHITE & COOPER LLP

6
          By:   /s/ Sean P. Beatty

7             Sean P. Beatty
          Jie-Ming Chou

8             Attorneys for Plaintiff Telscape Communications, Inc.

9

10  DATED: March 1, 2006           GREENBERG TRAURIG, LLP

11            By:   /s/ Mitchell F. Brecher
          Mitchell F. Brecher

12            Debra McGuire Mercer
          Attorneys for Defendant ICG Telecom Group, Inc.

13

14

15  Filer's attestation:  I, Jie-Ming Chou, am the ECF user whose ID and password are being used to file

16  this document.  In compliance with General Order 45, X.B., I hereby attest that I have on file all

17  holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled

18  document.

19  DATED: March 1, 2006           COOPER, WHITE & COOPER LLP

20            By:   /s/ Jie-Ming Chou
          Jie-Ming Chou

21            Attorneys for Plaintiff Telscape Communications, Inc.

22  **GOOD CAUSE APPEARING, IT IS SO ORDERED:**

23       The time for conducting the Early Neutral Evaluation is hereby extended to April 7, 2006.

24

25

26  Judge William Alsup

27  United States District Court for the Northern District

March 2, 2006

28

COOPER, WHITE &
COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO  94111

536640.1               2

Stipulation and (Proposed) Order to Change Time for Early Neutral Evaluation