IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELESCAPE COMMUNICATIONS, INC.,

    Plaintiff,

  v.

ICG TELECOM GROUP, INC.,

    Defendant.

No. C 05-03441 WHA

**ORDER RE STIPULATED DISMISSAL**

According to a docket entry by the neutral evaluator, this action has fully settled. This order requests that the parties submit a stipulated dismissal of this action by May 1, 2006 so that the Court may terminate the case.

**IT IS SO ORDERED.**

Dated: April 25, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE