Sean P. Beatty (SBN 154256)
Jie-Ming Chou (SBN 211346)
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: 415-433-1900
Facsimile: 415-433-5530
Email: sbeatty@cwclaw.com
        jchou@cwclaw.com

Attorneys for Plaintiff
TELSCAPE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TELSCAPE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ICG TELECOM GROUP, INC., AND DOES 1-10, <br><br> Defendants, | Case No. C 05-03441-WHA <br><br> **STIPULATION AND (PROPOSED) ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii)** |
| ICG TELECOM GROUP, INC. <br><br> Counter-claimant, <br><br> vs. <br><br> TELSCAPE COMMUNICATIONS, INC. <br><br> Counter-defendant, | |
| ICG TELECOM GROUP, INC. <br><br> Third Party Plaintiff, <br><br> vs. <br><br> MPOWER COMMUNICATIONS CORP. <br><br> Third Party Defendant. | |

539563.1

1

C 05-03441 WHA

Stipulation and (Proposed) Order of Dismissal

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO 94111

# STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiff and Counter-defendant, TELSCAPE COMMUNICATIONS, INC., Defendant, Counter-claimant and Third Party Plaintiff, ICG TELECOM GROUP, and Third Party Defendant, MPOWER COMMUNICATIONS CORP., by and through their counsel, hereby stipulate to **dismissal with prejudice** of the above captioned case and all associated claims in its entirety.

**It is so stipulated.**

DATED: April 28, 2006          COOPER, WHITE & COOPER LLP

By:   /s/ Sean P. Beatty
      Sean P. Beatty
      Jie-Ming Chou
      Attorneys for Plaintiff Telscape Communications, Inc.

DATED: April 28, 2006          GREENBERG TRAURIG, LLP

By:   /s/ Mitchell F. Brecher
      Mitchell F. Brecher
      Debra McGuire Mercer
      Attorneys for Defendant ICG Telecom Group, Inc.

DATED: April 28, 2006          BINGHAM McCUTCHEN LLP

By:   /s/ Alfred C. Pfeffer, Jr.
      Alfred C. Pfeffer, Jr.
      Attorneys for Third Party Defendant Mpower Communications Corp.

Filer's attestation: I, Jie-Ming Chou, am the ECF user whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: April 28, 2006          COOPER, WHITE & COOPER LLP

By:   /s/ Jie-Ming Chou
      Jie-Ming Chou
      Attorneys for Plaintiff Telscape Communications, Inc.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO 94111

539563.1

2

Stipulation and (Proposed) Order of Dismissal

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

The above-entitled action, including all claims, counterclaims, and third party claims are hereby dismissed with prejudice and without costs.

May 8, 2006

_____
Judge William Alsup
United States District Court for the Northern District

*[Seal: IT IS SO ORDERED, Judge William Alsup, United States District Court Northern District of California]*

539563.1

3

Stipulation and (Proposed) Order of Dismissal

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO 94111